

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00144-CV

**SJM PREMIER MEDICAL GROUP, LLC,**
Appellant

v.

**ASPEN MEDICAL USA, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17386
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on March 11, 2022. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal by March 21, 2022, certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

We therefore **order** appellant to file an amended notice of appeal in compliance with section 51.017(a) of the Texas Civil Practice and Remedies Code **by April 4, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court